# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

———————

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of July, two thousand twenty-three.

Present:        Myrna Pérez,
                        *Circuit Judge.*

---

Lakeisha Walker, Otte Armstrong,

       *Plaintiffs – Appellees,*

v.

D. Jakasal, individually, et al.,

       *Defendants – Appellants,*

Town of Greenburgh,

       *Defendant.*

**ORDER**

22-1594

---

Appellees move to dismiss this appeal for lack of jurisdiction. In opposition, the Appellants argue that the Court has jurisdiction to decide all of the issues in their appellate brief, including the issue of whether there was sufficient commonality of items found in Appellee Armstrong's bedroom and in the room known as the "shoe room" or "locked room" to conclude that Appellants had arguable probable cause to arrest and prosecute the Appellees. However, certain facts relevant to that issue are not clear in the present papers. Upon due consideration, it is hereby ORDERED that decision on the present motion is STAYED and Appellants are directed to file, within 28 days of the present order, a declaration supplementing their opposition with the following information:

(1) A full list of the items found in the two rooms that, for purposes of this appeal, are alleged to be sufficiently similar so as to support a finding of arguable probable cause.

(2) An explanation of how the record supports the assertion that each item on the list required by paragraph (1) is undisputed, with citations to the record supporting that explanation.

(3) If the Appellees have not explicitly agreed that an item on the list required by paragraph

(1) is undisputed, an explanation of why it should nonetheless be treated as undisputed for purposes of this appeal.

It is further ORDERED that, within 14 days after the filing of Appellants' supplemental declaration, Appellees respond to the declaration.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court